**Jacqueline DENNIS, Plaintiff–Appellant,**

and

**Henry Francis, Plaintiff,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2006–5134.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2007.

Jacqueline Dennis, pro se.

ON MOTION

*ORDER*

Upon consideration of Jacqueline Dennis' unopposed motion to voluntarily dismiss her appeal, from the United States Court of Federal Claims, case no. 06–CV–485.

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.